1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GEORGE TRUDELL,<br><br>    Petitioner,<br>   v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. EDCV 10-746-JHN (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, <u>de</u> <u>novo</u>.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 11, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge