JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GEORGE TRUDELL,<br><br>    Petitioner,<br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. EDCV 10-746-JHN (OP)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 11, 2011   _____
            HONORABLE JACQUELINE H. NGUYEN
            United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge